UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yaghoub FATHI,<br><br>                                    Petitioner,<br><br>v.<br><br>Christopher J. LaROSE, et al.,<br><br>                                    Respondents. | Case No.:  26-cv-1569-AGS-SBC<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. Respondents do "not oppose this Court ordering that Petitioner receive an individualized bond hearing before an immigration judge." (ECF 10, at 1.) Furthermore, at today's hearing, respondents conceded that they would bear the burden of showing a flight risk or danger to the community by clear and convincing evidence. The Court thus **GRANTS** the petition and orders respondents to provide petitioner with such a bond hearing by May 8, 2026. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  April 27, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

1